1  G. GEOFFREY ROBB (131515)
   MARKER E. LOVELL, JR. (208659)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001

5  Attorneys for Defendants
   TODD WHALEY and LLOYD WHALEY
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN HOWIE,                              ) Case No. C 06-2336 MMC
                                            )
12         Plaintiff,                       ) **ORDER RE:**
                                            )
13 vs.                                      ) **REQUEST FOR RELIEF FROM CASE**
                                            ) **MANAGEMENT SCHEDULE AND**
14 TODD WHALEY, LLOYD WHALEY and            ) **STIPULATION OF COUNSEL**
   DOES ONE through TEN, Inclusive,         )
15                                          ) **[Local Rule 16-2(d)]**
           Defendants.                      )
16 _____) Suit Filed:   April 3, 2006

17        The parties, through their designated counsel of record herein, hereby respectfully

18 request relief from the current case management schedule and stipulate to the changes requested

19 herein. The reasons for the stipulation and request are as follows:

20        Plaintiff allegedly suffered various injuries to his thumb and wrist in the incident that

21 serves as the basis of his complaint. Plaintiff's wrist was operated by Dr. Leonard Gordon in

22 August of 2006 and he is currently rehabilitating the wrist. Dr. Gordon initially planned to

23 operate on the thumb on December 6, 2006, but cancelled the surgery to consult with another

24 physician before operating. It is not anticipated that the thumb surgery will be scheduled until

25 mid to late February. The surgery will be followed by a significant rehabilitation period.

26 Accordingly, plaintiff is not permanent and stationary and the parties anticipate that it could take

27 months before he becomes permanent and stationary. Until plaintiff becomes permanent and

28 stationary, the parties will be unable to accurately evaluate the case.

STIPULATION
Case No. C 06 2336 MMC; Our File No. 8001.47

The parties, therefore, stipulate as follows:

That the dates in the July 7, 2006 Pretrial Preparation Order be vacated and reset to allow the parties to conduct discovery and mediate the case after plaintiff's condition becomes permanent and stationary.  Specifically, the parties stipulate that the discovery cut-off be extended until August 31, 2007, that the mediation completion date be continued until July 23, 2007,  that the expert discovery cut-off be continued until October 15, 2007, that the expert disclosure date be continued to September 15, 2007, that the trial date be vacated and reset to a time that is mutually agreeable to the parties and the Court in the late fall or early winter 2007, and request that the Court set a status conference, if necessary, to discuss this matter and alternative discovery and trial dates.

Dated: January 19, 2007                    GIBSON ROBB & LINDH LLP

                                            By:    S/ MARKER E. LOVELL, JR.
                                                   Marker E. Lovell, Jr.
                                                   Attorneys for Defendant TODD WHALEY
                                                   and LLOYD WHALEY

Dated: January 19, 2007                    LAW OFFICES OF WILLIAM E. WEISS

                                            By:    S/ WILLIAM E. WEISS
                                                   William E. Weiss
                                                   Attorneys for Plaintiff JOHN HOWIE

IT IS SO ORDERED, with the exception that the pretrial conference and trial dates are continued to January 22, 2008 and February 4, 2008, respectively.  Additionally, the dispositive motion filing deadline is continued to November 2, 2007.  The Status Conference remains on May 18, 2007, as initially scheduled.

Dated: January 25, 2007                    _____
                                            Maxine M. Chesney
                                            United States District Judge

STIPULATION
Case No. C 06 2336 MMC; Our File No. 8001.47