1  G. GEOFFREY ROBB (131515)
   MARKER E. LOVELL, JR. (208659)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California  94105
   Telephone:  (415) 348-6000
4  Facsimile:   (415) 348-6001

5  Attorneys for Defendants
   TODD WHALEY and LLOYD WHALEY
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN HOWIE,                           )   Case No. C 06-2336 MMC
                                         )
12        Plaintiff,                     )   **ORDER GRANTING REQUEST FOR**
                                         )   **RELIEF FROM CASE MANAGEMENT**
13 vs.                                   )   **SCHEDULE AND**
                                         )   **STIPULATION OF COUNSEL**
14 TODD WHALEY, LLOYD WHALEY and         )
   DOES ONE through TEN, Inclusive,      )   **[Local Rule 16-2(d)]**
15                                       )
          Defendants.                    )   Suit Filed:   April 3, 2006
16                                       )   Trial Date:   February 8, 2008

17        The parties, through their designated counsel of record herein, hereby respectfully

18 request relief from the current case management schedule and stipulate to the changes requested

19 herein. The reasons for the stipulation and request are as follows:

20        Plaintiff allegedly suffered various injuries to his thumb and wrist in the incident that

21 serves as the basis of his complaint.  Plaintiff's wrist was operated by Dr. Leonard Gordon in

22 August of 2006.  He was operated on again in February 2007.  He is having another surgical

23 procedure completed on July 24, 2007.  The parties hope to schedule the second half of

24 plaintiff's deposition to coincide with one of his post surgery follow up appointment. However,

25 until plaintiff becomes permanent and stationary, the parties will be unable to accurately evaluate

26 the case for mediation. Further, the parties plan to schedule additional depositions after the

27 completion of plaintiff's deposition, including the depositions of plaintiff's treating physicians,

28 which will likely not be useful until plaintiff's condition stabilizes. Further, given the schedules

STIPULATION
Case No. C 06 2336 MMC; Our File No. 8001.47

1  of counsel and the witnesses it will be difficult to schedule and complete these depositions prior
2  to the currently scheduled discovery cut off. Additionally, after the completion of those
3  depositions the parties anticipate that additional depositions may be necessary, but wish to
4  conserve the resources associated with completing those depositions until after mediation.
5      The parties, therefore, stipulate as follows:
6      That the dates in the January 25, 2007 Pretrial Preparation Order be vacated and reset to
7  allow the parties to conduct discovery and mediate the case after plaintiff's condition becomes
8  permanent and stationary.  Specifically, the parties stipulate that the discovery cut-off be
9  extended until October 31, 2007, that the expert discovery cut-off be continued until December
10 15, 2007, that the expert disclosure date be continued to November 15, 2007.  The parties do not
11 desire to change the mediation completion date or trial date at this time, but reserve right to
12 stipulate to and/or move for an extension of these dates.

13 Dated: July 25, 2007          GIBSON ROBB & LINDH LLP

15                                         By:     S/ MARKER E. LOVELL, JR.
                                                   Marker E. Lovell, Jr.
16                                                 Attorneys for Defendant TODD WHALEY
                                                   and LLOYD WHALEY

18 Dated: July 25, 2007          LAW OFFICES OF WILLIAM E. WEISS

20                                         By:     S/ WILLIAM E. WEISS
                                                   William E. Weiss
21                                                 Attorneys for Plaintiff JOHN HOWIE

22        IT IS SO ORDERED.

24 Dated: July 26, 2007
                                                   Maxine M. Chesney
25                                                 United States District Judge

STIPULATION
Case No. C 06 2336 MMC; Our File No. 8001.47