1  G. GEOFFREY ROBB (131515)
   MARKER E. LOVELL, JR. (208659)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California  94105
   Telephone:  (415) 348-6000
4  Facsimile:   (415) 348-6001

5  Attorneys for Defendants
   TODD WHALEY and LLOYD WHALEY
6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN HOWIE,                          ) Case No. C 06-2336 MMC
   |                                     )
12 |              Plaintiff,              ) ORDER RE:
   |                                     )
   | vs.                                  ) **REQUEST FOR RELIEF FROM CASE**
13 |                                     ) **MANAGEMENT SCHEDULE AND**
   | TODD WHALEY, LLOYD WHALEY and        ) **STIPULATION OF COUNSEL**
14 | DOES ONE through TEN, Inclusive,     )
   |                                     ) **[Local Rule 16-2(d)]**
15 |              Defendants.            )
   |                                     ) Suit Filed:    April 3, 2006
16 |                                     ) Trial Date:    February 8, 2008

17         The parties, through their designated counsel of record herein, hereby respectfully request

18 relief from the current case management schedule and stipulate to the changes requested herein.

19 The reasons for the stipulation and request are as follows:

20         Plaintiff allegedly suffered various injuries to his thumb and wrist in the incident that

21 serves as the basis of his complaint.  Plaintiff's wrist was operated by Dr. Leonard Gordon in

22 August of 2006.  He was operated on again in February 2007.  He had another surgical procedure

23 completed on July 24, 2007.  The parties just completed the second session of plaintiff's

24 deposition in mid September. Plaintiff has a follow up appointment scheduled for December

25 2007 and has not yet been deemed permanent and stationary.  Further, the parties plan to

26 schedule additional depositions including the depositions of plaintiff's treating physicians and

27 defendants plan to complete an IME on plaintiff. The parties anticipate mediating the case

28 sometime in the next six weeks. Further, given the schedules of counsel and the witnesses it will

STIPULATION
Case No. C 06 2336 MMC; Our File No. 8001.47

be difficult to schedule and complete these depositions prior to the currently scheduled discovery cut off.  Additionally, after the completion of those depositions the parties anticipate that additional depositions may be necessary, but wish to conserve the resources associated with completing those depositions until after mediation.

The parties, therefore, stipulate as follows:

That the dates in the July 26 , 2007 Pretrial Preparation Order be vacated and reset to allow the parties to conduct additional discovery, mediate the case and possibly conduct additional discovery post mediation.  Specifically, the parties stipulate that the discovery cut-off be extended until November 21, 2007, that the expert discovery cut-off be continued until January 11, 2008, that the expert disclosure date be continued to November 30, 2007, the mediation completion date be continued to November 15, 2007.  The parties do not desire to move the trial date at this time, but reserve right to stipulate to and/or move for an extension of that date.

Dated: September 25, 2007          GIBSON ROBB & LINDH LLP

By:     S/ MARKER E. LOVELL, JR.
        Marker E. Lovell, Jr.
        Attorneys for Defendant TODD WHALEY
        and LLOYD WHALEY

Dated: September 25, 2007          LAW OFFICES OF WILLIAM E. WEISS

By:     S/ WILLIAM E. WEISS
        William E. Weiss
        Attorneys for Plaintiff JOHN HOWIE

IT IS SO ORDERED, with the exception that the expert discovery cut-off is continued to January 4, 2008.

Dated:  September 28, 2007          _____
                                    Maxine M. Chesney
                                    United States District Judge

STIPULATION
Case No. C 06 2336 MMC; Our File No. 8001.47